UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CR00091ERW/AGF |
| ) | |
| RANDY ALAN JONES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on Defendant's motion for extension of time to file pretrial motions [Doc. #23].

**IT IS HEREBY ORDERED** that Defendant shall have up to and including **April 28, 2008** to file motions or a waiver of motions. The government shall have up to and including **May 4, 2008** to respond. The evidentiary hearing is hereby rescheduled for **Tuesday, May 6, 2008 at 9:00 a.m.**

Dated this 21st day of April, 2008.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE